UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| **ROBYN SYNDER,** | **CIVIL ACTION NO. 5:21-29-KKC** |
| Plaintiff, | |
| v. | **JUDGMENT** |
| **KILOLO KIJAKAZI,** **ACTING COMMISSIONER OF SSA,** | |
| Defendant. | |

*** *** ***

The Court having affirmed the decision of the Commissioner hereby ORDERS and ADJUDGES as follows:

1. The plaintiff's motion for summary judgment (DE 12) is DENIED;

2. The defendant's motion for summary judgment (DE 16) is GRANTED;

3. The decision of the Commissioner is AFFIRMED pursuant to sentence four of 42 U.S.C. § 405(g) as it was supported by substantial evidence and was decided by proper legal standards; and

4. This judgment is FINAL and APPEALABLE.

This 28th day of September, 2022.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY